### LAVINIA HAWKINS v. LUMBER CO.

(Filed September 26, 1905).

*D. L. Ward* for the plaintiff.
*A. D. Ward* and *T. C. Wooten* for the defendant.

HOKE, J. The facts in this case are exactly similar to those presented in the appeal of *John L. Hawkins v. Goldsboro Lumber Co.*, and for the reasons given in the opinion in that case, the order continuing the injunction to the hearing will be set aside.

Error.

---

### SHERROD v. INSURANCE ASSOCIATION.

(Filed September 26, 1905).

*Insurance—By-Laws—Notices of Assessments—Presumptions—Evidence.*

1. A by-law of the defendant company which provided that any member failing to pay his assessment within sixty days from date of notice (which date shall be the day of mailing said notice), shall forfeit all rights in the company, is subject to rebuttal on the part of the plaintiff by showing nonreceipt of notice, the defendant having properly postpaid and addressed the same.

2. All contracts and by-laws of an incorporated society are made with reference to the general law, and they must conform to certain general requirements in respect to vested personal and property rights of members.

ACTION by J. T. Sherrod against Farmers' Mutual Fire Insurance Association, to recover loss on policy of fire insurance, heard on appeal from a justice's court by *Judge W. B. Councill* and a jury, at March Term, 1905, of the Superior